# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 22-1107** | **September Term, 2022** |
| | DOE-87FR23421 |
| | **Filed On: January 20, 2023** [1982254] |

American Public Gas Association,

      Petitioner

    v.

United States Department of Energy,

      Respondent

------------------------------

American Gas Association,
                Intervenor

------------------------------

Consolidated with 22-1111, 22-1117

      **BEFORE:**    Circuit Judges Henderson and Wilkins, and Senior Circuit Judge Rogers

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Friday, January 20, 2023 at 9:30 a.m. The cause was heard as case No. 3 of 3 and argued before the Court by:

    Barton Day, counsel for Spire Petitioners.

    Jason Neal, counsel for Petitioner Air-Conditioning, Heating, and Refrigeration Institute.

    Jack Starcher (DOJ), counsel for Respondent.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                    BY:    /s/
                          Anne A. Rothenberger
                          Deputy Clerk