# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 22-1107**                                **September Term, 2022**
FILED ON: JULY 7, 2023

AMERICAN PUBLIC GAS ASSOCIATION,
        PETITIONER

v.

UNITED STATES DEPARTMENT OF ENERGY,
        RESPONDENT

AMERICAN GAS ASSOCIATION,
        INTERVENOR

---

Consolidated with 22-1111, 22-1117

On Petitions for Review of a
Final Action of the Department of Energy

Before: HENDERSON and WILKINS, *Circuit Judges*, and ROGERS, *Senior Circuit Judge*

### **J U D G M E N T**

These causes came on to be heard on the petitions for review of a Final Action of the Department of Energy and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the petitions for review be granted, the Final Rule as supplemented be vacated, and the cases be remanded to the Department of Energy for further proceedings, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

                                                         **FOR THE COURT:**
                                                         Mark J. Langer, Clerk

                                 BY:     /s/

                                                         Michael C. McGrail
                                                         Deputy Clerk

Date: July 7, 2023

Opinion for the court filed by Circuit Judge Wilkins.