# United States Court of Appeals
### For The District Of Columbia Circuit

_____

**No. 22-1107**                                      September Term, 2022

DOE-87FR23421

Filed On: July 7, 2023 [2006715]

American Public Gas Association,

      Petitioner

   v.

United States Department of Energy,

      Respondent

------------------------------

American Gas Association,
               Intervenor

------------------------------

Consolidated with 22-1111, 22-1117

## O R D E R

    It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk

                    BY:   /s/
                                Michael C. McGrail
                                Deputy Clerk